12-15-00180-CR

## In The Twelfth Court Of Appeals
### Tyler, Texas

Donald Adkins
   Relator

   -V-

Charles R. Mitchell
   Respondent

Original Proceeding

July 26, 2015



REC'D IN COURT OF APPEALS
12th Court of Appeals District
JUL 2 9 2015
TYLER, TEXAS
CATHY S. LUSK, CLERK

To: The Clerk of the Court
   1517 W. Front Street
   Suite 354
   Tyler, Texas  75702

Dear Clerk,

Please provide me with a complete updated docket of the: Original Proceeding...Application for a Writ of Mandamus...filed/ mailed on or about the 6th day of July, 2015. This action is as captioned here above as Donald Adkins -V- Charles R. Mitchell.

As of this date, the Relator herein, has not received verification of this case number, nor the date of this Courts Record of its being filed.

Therefore, it is respectfully requested that a updated Docket of this case/action with unknown case number be forwarded to the Relator here in with his attached self-addressed envelope provided here to.

Respectfully Submitted,

Donald Adkins

Donald Adkins # 1792685
Ramsey I Unit
1100 F.M. 655
Rosharon, Texas  77583